

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | |
|---|---|
| DONA and ROBIN "TRAP" COPPEDGE, individually and as next friend of minor child, *Plaintiff,* § § § § § | |
| v. § § § § § | Civil Action No. 9:05-CV-162 (Judge Heartfield/Judge Giblin) |
| K.B.I., Inc., *et al.*, *Defendants.* § § | |

### ORDER ADOPTING  MAGISTRATE'S REPORT
### AND RECOMMENDATION ON MOTION TO STRIKE EXPERT TESTIMONY

Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the Eastern District of Texas, the Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for determination of pre-trial matters and entry of findings of fact and recommended disposition on dispositive matters.  Pending before the Court is the *Plaintiffs' Motion to Strike or Limit the Testimony of K.B.I., Inc.'s Expert Witness James Hutton* [Clerk's doc. #36].

Judge Giblin entered his *Report and Recommendation on Motion to Strike Expert Testimony* [Clerk's doc. #74] on January 8, 2007.  He entered findings and recommended that the Court deny the Plaintiffs' motion to strike or limit testimony.

The Court has received and considered Judge Giblin's report.  The parties have not filed objections to Judge Giblin's report in accordance with 28 U.S.C. § 636(b)(1)(C).  Accordingly,

having considered Judge Giblin's findings and recommended disposition, the Court **ORDERS** that the magistrate judge's *Report and Recommendation* [Clerk's doc. #74] is **ADOPTED**. The Court further **ORDERS** that the *Plaintiffs' Motion to Strike or Limit the Testimony of K.B.I., Inc.'s Expert Witness James Hutton* [Clerk's doc. #36] is **DENIED**.

    **SIGNED** this the 1 day of **February, 2007.**

_____
Thad Heartfield
United States District Judge