

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| DONA and ROBIN "TRAP" COPPEDGE, individually and as next friend of minor child, *Plaintiff,* | § § § § § | |
| v. | § § § | Civil Action No. 9:05-CV-162 (Judge Heartfield/Judge Giblin) |
| K.B.I., Inc., *et al.*, *Defendants.* | § § | |

**ORDER ADOPTING MAGISTRATE'S REPORT ON MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the Eastern District of Texas, the Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for determination of pre-trial matters and entry of findings of fact and recommended disposition on dispositive matters. Pending before the Court is *Defendant Sabatti, S.P.A.'s Motion to Dismiss* [Clerk's doc. #114].

Judge Giblin entered his *Report and Recommendation on Motion to Dismiss* [Clerk's doc. #142] on May 24, 2007. He entered findings and recommended that the Court deny Defendant Sabatti's motion to dismiss.

Defendant Sabatti filed objections to the magistrate judge's findings and recommendation. *See Defendant Sabatti S.P.A.'s Objections to the Honorable Keith F. Giblin's Report and*

*Recommendation on Sabatti's Motion to Dismiss* [Clerk's doc. #144]. Pursuant to the Defendant's objections and in accordance with 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of the magistrate's findings, the record, the relevant evidence, Defendant's specific objections, and the applicable law in this proceeding. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted. The Defendant's objections are overruled.

Accordingly, the *Report and Recommendation on Motion to Dismiss* [Clerk's doc. #142] is **ADOPTED** by the Court. The factual findings and legal conclusions of the magistrate are therefore fully incorporated by the undersigned in support of this order. The Court **ORDERS** that *Defendant Sabatti, S.P.A.'s Motion to Dismiss* [Clerk's doc. #114] is **DENIED.**

**SIGNED** this the **19** day of **June, 2007.**

_____
Thad Heartfield
United States District Judge